**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-3045**

———————————

In Re: WILLIAM NICHOLAS FORTESCUE, JR.,

Debtor.

———————————————————

TRUST OF W. N. FORTESCUE, SR.,

Creditor - Appellant,

versus

WILLIAM NICHOLAS FORTESCUE, JR.,

Debtor - Appellee,

DAVID R. HILLIER,

Trustee - Appellee.

———————————

**No. 95-3046**

———————————

In Re: WILLIAM NICHOLAS FORTESCUE, JR.,

Debtor.

———————————————————

TRUST OF W. N. FORTESCUE, SR.; STUART I.
RUBIN; JANE H. SHUTTLEWORTH,

Creditors - Appellees,

versus

WILLIAMS NICHOLAS FORTESCUE, JR.,

Debtor - Appellant.

---

Appeals from the United States District Court for the Western District of North Carolina, at Asheville. Richard L. Voorhees, Chief District Judge. (CA-94-21-1, CA-94-27-1, CA-94-28-1, BK-85-10291)

---

Submitted: June 28, 1996          Decided: July 10, 1996

---

Before MURNAGHAN and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Rebecca Sofley Henderson, Kimberly S. Owens, PETREE STOCKTON, Charlotte, North Carolina; Sharon Barclay Alexander, PRINCE, YOUNGBLOOD & MASSAGEE, Hendersonville, North Carolina, for Appellant. William Nicholas Fortescue, Jr., David Richard Hillier, Appellees Pro Se; William M. Alexander, Jr., MULLINAX & ALEXANDER, Hendersonville, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Appellants appeal from the district court's order affirming the bankruptcy court's order awarding only simple interest. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Trust Fortescue, Sr. v. Fortescue</u>, Nos. CA-94-21-1; CA-94-27-1; CA-94-28-1; BK-85-10291 (W.D.N.C. Oct. 18, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>